UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-cv-60284-RNS

CHRISTOPHER CUTRO, individually,
    Plaintiff,

v.

FINANCIAL BUSINESS AND CONSUMER
SOLUTIONS, INC., d/b/a FBCS, INC.,
a foreign corporation,
    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff and Defendant hereby give notice that settlement of this matter has been reached as to all claims of the Plaintiff, and therefore request that the Court vacate all dates currently set on calendar in connection with Plaintiff's claim and afford the parties thirty (30) days to file necessary dismissal papers.

Respectfully submitted this 28th day of July, 2015.

        BRET L. LUSSKIN, Esq.
        *Attorney for Plaintiff*
        20803 Biscayne Blvd., Ste 302
        Aventura, FL 33180
        Telephone: (954) 454-5841
        Facsimile: (954) 454-5844
        blusskin@lusskinlaw.com

        By: /s/ Bret L. Lusskin, Esq.
            Bret L. Lusskin, Esq.
            Florida Bar No. 28069

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of July, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those

counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                                                     By: /s/ Bret L. Lusskin, Esq.
                                                        Bret L. Lusskin, Esq.
                                                        Florida Bar No. 28069